# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>BASIL JACOB KYLES,<br>    Defendant. | Case No.: 18-4055-01-CR-C-BCW<br><br>Date: Tuesday, March 5, 2019 |

## MINUTE SHEET

The Honorable Brian C. Wimes, presiding at Jefferson City, Missouri

Nature of Proceeding: Sentencing Hearing

Time commenced: 4:47 p.m.   Time terminated: 5:13 p.m.

## APPEARANCES

Plaintiff's counsel:   Jim Lynn, AUSA
Defendant's counsel:  Troy Stabenow, AFPD
Probation officer:    Sam Casey

**PROCEEDINGS IN COURTROOM:** Parties appear as indicated above. Defendant appears in person. There are no objections to the Presentence Investigation Report that affect the guidelines or sentence imposed. The Court adopts the Report without change. Sentencing recommendations presented by counsel. Allocution granted to the defendant.

SENTENCE: Defendant sentenced to the custody of the Bureau of Prisons for a term of **37 months on Count 1 to run consecutive to Western District case number 18-4046-01-CR-C-BCW.** Supervised release of **3 years** w/mandatory, standard, and special conditions imposed. Fine waived. MSA of $100.00 imposed. Restitution: $1612.00. Defendant advised of right to appeal. Defendant remanded to the custody of the U.S. Marshal.

The Court recommends to the Federal Bureau of Prisons that:

The defendant be placed in a Federal Medical Center in Butner, North Carolina.

Court Reporter: Denise Halasey                    Courtroom Deputy: Angel L. Geiser